## SUPREME COURT.

JOSEPH B. HADDEN agt. ST. LOUIS, IRON MOUNTAIN AND
SOUTHERN RAILROAD COMPANY.

*Defense of another action pending for the same cause.*

The defense of another action pending for the same cause as that described
in the second suit is not well pleaded, unless it appears, by the answer,
that the first suit *was pending when* the second one was commenced.
An action pending in another state is no bar to one commenced in this
state.

*Special Term, May,* 1879.

DEMURRER to answer.

VAN VORST, *J.* — The plaintiff demurs to the fourth
defense contained in the defendant's answer. The demurrer
is well taken.

It is not averred in the answer that the action in the federal
court, in Missouri, was pending at the time of the commence-
ment of the present suit (*Haight* agt. *Holly,* 3 *Wend.,* 258).

To avail as a ground of abatement of the second suit, the
first one must have been pending when the second one was
commenced (*Wait's Actions and Defenses, vol.* 6, *page* 497
*and cases cited*). Besides, the action is pending in another
state, and, for that reason, it is no bar to the one under con-
sideration (*The Lorillard Fire Ins. Co.* agt. *Meshural,* 7
*Robertson,* 308).

The plaintiff's complaint, which was largely criticised on
the argument by the defendant's counsel, I think, sufficiently
sets up a cause of action.

There should be judgment for the plaintiff on the demurrer,
with costs.